## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

| | |
|---|---|
| JOHN C. SKINNER, Register No. 1069523, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 07-4009-CV-C-SOW |
| | ) |
| JEFFERSON CITY CORRECTIONAL | ) |
| CENTER, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

On March 8, 2007, the United States Magistrate Judge granted plaintiff leave to proceed in forma pauperis on his claims against defendants Dave Dormire and Correctional Medical Services. The Magistrate Judge also recommended that plaintiff's claims against the remaining defendants be dismissed, pursuant to 28 U.S.C. § 1915A, for failure to state a claim for which relief can be granted. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of March 8, 2007, is adopted. [12] It is further

ORDERED that plaintiff's claims against all named defendants except Dave Dormire and Correctional Medical Services are dismissed, pursuant to 28 U.S.C. 1915A, for failure to state a claim for which relief can be granted.

    /s/ Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

Dated: ___4/3/2007_____
Kansas City, Missouri