# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

JOHN C. SKINNER, Register No. 1069523, )
                 )
           Plaintiff, )
                 )
           v. )      No. 07-4009-CV-C-SOW
                 )
JEFFERSON CITY CORRECTIONAL )
CENTER, et al., )
                 )
           Defendants. )

## ORDER

      On May 2, 2007, United States Magistrate Judge William A. Knox recommended that plaintiff's motion for preliminary injunctive relief be denied. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C).

      The court has conducted a de novo review of the record[1], including the exceptions filed by plaintiff on May 21, 2007. The issues raised in plaintiff's exceptions were adequately addressed in the report and recommendation. The court is persuaded that the recommendation of the Magistrate Judge is correct and should be adopted.

      IT IS, THEREFORE, ORDERED that the Report and Recommendation of May 2, 2007, is adopted. [42] It is further

      ORDERED that plaintiff's motion for preliminary injunctive relief is denied. [3]

                                        /s/Scott O. Wright
                                        SCOTT O. WRIGHT
                                        Senior United States District Judge

Dated: August 27, 2007

---

      [1]Court proceedings, if any, are recorded by electronic recording equipment and the tapes are available for review by the court and counsel.